◼ THIRTY ONE DEVELOPMENT, LLC, Respondent, v JEFFREY COHEN, Defendant, and THE GILL HOUSE AND CHARTER HOUSE INN, LLC, Appellant. [997 NYS2d 657]—Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered June 4, 2013. The order denied the motion of de-

fendant The Gill House and Charter House Inn, LLC, for, inter alia, a declaration that a purchase and sale contract was null and void and granted the cross motion of plaintiff for summary judgment seeking specific performance.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 4 and 5, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Carni, Valentino and DeJoseph, JJ.